IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THIS MATTER IS BEFORE the court on Plaintiff's Unopposed Motion to Vacate and Re-Schedule Scheduling Conference. Parties are advised that District Judge Blackburn will make every effort to schedule this matter for trial within fifteen (15) months from the filing of the complaint. Accordingly, it is hereby

    **ORDERED** that the instant motion is **GRANTED**. The scheduling conference set for April 3, 2007, is **VACATED** and **RESET** to **April 19, 2007, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **April 12, 2007**.

    Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order. Attorneys and/or *pro se* parties not participating in ECF shall submit their proposed scheduling order on paper to the Clerk's Office. However, if any party in the case is participating in ECF, it is the responsibility of that party to submit the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

    Parties participating in ECF may e-mail their Confidential Settlement Statement, not to exceed fifteen (15) pages (including any attachments), in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. Confidential settlements that are over fifteen (15) pages are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

Attorneys and/or *pro se* parties not participating in ECF shall submit a single copy of their confidential settlement statement, on paper and marked "PRIVATE," either by hand delivery to the Clerk's Office or mailed directly to Magistrate Judge Shaffer at 901 19th Street, Denver, Colorado 80202. It is further

**ORDERED** that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with FED.R.CIV.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **March 29, 2007**. It is further

**ORDERED** that on or before **April 12, 2007**, Parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended.

The plaintiff shall notify all parties who have not yet entered an appearance of the date and time of the scheduling/planning conference, and shall provide a copy of this minute order to those parties.

**DATED:**       March 12, 2007