IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ANTHONY SCAFFIDI,
JEFF REED,
POSTAL INSPECTOR SAMZ,
POSTAL INSPECTOR SHEEHAN,
POSTAL INSPECTOR HOLT,
POSTAL INSPECTOR HODGES,
POSTAL INSPECTOR NIX,
POSTAL INSPECTOR BARNETT,
POSTAL INSPECTOR FULLER,
CITY OF COLORADO SPRINGS POLICE DEPARTMENT,
DET. SGT. ROBERT J. RYAN, in his individual and official capacities,
SGT. J.P. RIGDON, in his individual and official capacities,
OFFICER ROBERT WOLF, in his individual capacity,
OFFICER J. WATERS, in his individual capacity, and
OFFICER JOHNSON, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANTS BARNETT, NIX AND SHEEHAN

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal of Defendants Barnett, Nix and Sheehan Pursuant to Fed.R.Civ.P. 41(a)** [#51], filed June 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants Barnett, Nix, and Sheehan should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Defendants Barnett, Nix and Sheehan Pursuant to Fed.R.Civ.P. 41(a)** [#51], filed June 13, 2007, is **APPROVED**;

2. That plaintiff's claims against defendants Barnett, Nix, and Sheenan **ARE DISMISSED** with the parties to pay their own attorney fees and costs; and

3. That defendants Barnett, Nix, and Sheehan are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 13, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**