IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ANTHONY SCAFFIDI,
JEFF REED,
POSTAL INSPECTOR SAMZ,
POSTAL INSPECTOR HOLT,
POSTAL INSPECTOR HODGES,
POSTAL INSPECTOR FULLER,
CITY OF COLORADO SPRINGS POLICE DEPARTMENT,
DET. SGT. ROBERT J. RYAN, in his individual and official capacities,
SGT. J.P. RIGDON, in his individual and official capacities,
OFFICER ROBERT WOLF, in his individual capacity,
OFFICER J. WATERS, in his individual capacity, and
OFFICER JOHNSON, in his individual capacity,

    Defendants.

ORDER OF DISMISSAL AS TO DEFENDANTS
UNITED STATES OF AMERICA, ANTHONY SCAFFIDI, JEFF REED,
POSTAL INSPECTORS SAMZ, HOLT, HODGES, FULLER,
RYAN, RIGDON, AND WOLF ONLY

**Blackburn, J.**

The matter comes before the court on two matters: 1) the **Stipulation for Dismissal of Defendants United States of America, Anthony Scaffidi, Jeff Reed, Postal Inspectors Samz, Holt, Hodges and Fuller Pursuant to Fed.R.Civ.P. 41(a)** [#70], and 2) the **Stipulation for Dismissal of Defendants Ryan, Rigdon and Wolf Pursuant to Fed.R.Civ.P. 41(a)** [#71], both filed August 9, 2007.  After careful review

of the stipulations and the file, the court has concluded that the stipulations should be approved and that plaintiff's claims against defendants, United States of America; Anthony Scaffidi; Jeff Reed; Postal Inspectors, Samz, Holt, Hodges, and Fuller; Det. Sgt. Robert J. Ryan; Sgt. J.P. Rigdon; and Officer Robert Wolf, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Defendants United States of America, Anthony Scaffidi, Jeff Reed, Postal Inspectors Samz, Holt, Hodges and Fuller Pursuant to Fed.R.Civ.P. 41(a)** [#70], and the **Stipulation for Dismissal of Defendants Ryan, Rigdon and Wolf Pursuant to Fed.R.Civ.P. 41(a)** [#71], both filed August 9, 2007, **ARE APPROVED**;

2. That plaintiff's claim against defendants, United States of America; Anthony Scaffidi; Jeff Reed; Postal Inspectors, Samz, Holt, Hodges and Fuller; Det. Sgt. Robert J. Ryan; Sgt. J.P. Rigdon; and Officer Robert Wolf, **ARE DISMISSED** with the parties to pay their own attorney fees and costs;

3. That defendants, United States of America; Anthony Scaffidi; Jeff Reed; Postal Inspectors, Samz, Holt, Hodges and Fuller; Det. Sgt. Robert J. Ryan; Sgt. J.P. Rigdon; and Officer Robert Wolf, **ARE DROPPED** as named parties to this litigation, and the case caption is amended accordingly;

4. That any pending motion filed on behalf of the dismissed defendants **IS DENIED** as moot; and

    4. That pursuant to **REB Civ. Practice Standard II.J.1.**,[1] by the close of business on **August 20, 2007**, the parties shall file a joint status report identifying the the remaining parties and claims in this case.

    Dated August 9, 2007, at Denver, Colorado.

                                             **BY THE COURT:**

                                             **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn**
                                             **United States District Judge**

---

[1] **II.J. Partial Case Settlement/Dismissal** 1. If fewer than all claims, counterclaims, cross-claims, defenses, or parties are resolved by a settlement, then any paper requesting approval of the partial settlement or dismissal shall specify which claims, counterclaims, cross-claims, defenses, or parties will be resolved by the partial settlement and which will remain.