IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

      Plaintiff,

v.

POSTAL INSPECTORS SHEEHAN, NIX, and BARNETT, *et al.*,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Defendants' Surreply to Plaintiff's Motion to Amend Scheduling Order to Permit the Filing of a First Amended Complaint (*doc. no. 73)* is **GRANTED**. Defendants' Surreply to Plaintiff's Motion to Amend Scheduling Order to Permit the Filing of a First Amended Complaint (*doc. no. 74)* is accepted by the court.

**DATED:**    August 15, 2007