**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00036-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: August 22, 2007** | **Courtroom Deputy:** Ben Van Dyke |

DEBORAH GANTOS,                                       Victoria C. Swanson, via telephone

    **Plaintiff,**

v.

CITY OF COLORADO SPRINGS POLICE          Shane M. White, via telephone
DEPARTMENT, *et al.,*

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:      10:45 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Amend Scheduling Order to Permit the Filing of a First Amended Complaint [filed July 5, 2007; doc. 55] is granted for the reasons stated on the record.  The Substituted First Amended Complaint and Jury Demand [attachment #1 to doc. 68] is deemed filed on today's date.

HEARING CONCLUDED.

**Court in Recess:      11:07 a.m.**
Total In-Court Time:     00:22