IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS POLICE DEPARTMENT,
OFFICER J. WATERS, in his individual capacity, and
OFFICER JOHNSON, in his individual capacity,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Opposed Motion To File Sur-Reply To Defendants' Reply To Plaintiff's Response To Defendants' Motion In Limine To Exclude Expert Opinions Of Michael D. Lyman; Certificate of Conference Pursuant To Local Rule 7.1** [#91], filed December 3, 2007. The motion is **GRANTED**, and the **Plaintiff's Sur-Reply To Defendants' Reply To Plaintiff's Response To Defendants' Motion In Limine To Exclude Expert Opinions Of Michael D. Lyman** [#91-2] is accepted for filing.

    Dated: December 4, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.