IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00036-REB-CBS

DEBORAH GANTOS,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS POLICE DEPARTMENT,
OFFICER J. WATERS, in his individual capacity, and
OFFICER JOHNSON, in his individual capacity,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on plaintiff's **Unopposed Motion To Amend Trial Preparation Conference Order** [#102], filed February 1, 2008. The motion is **GRANTED**. The jury trial set to commence Monday, April 14, 2008, is **VACATED**, and is reset to commence on Monday, **April 21, 2008**. The court has reserved ten (10) days for trial:

- Monday, April 21, 2008, through Thursday, April 24, 2008;
- Monday, April 28, 2008, through Thursday, May 1, 2008; and
- Monday, May 5, 2008, through Tuesday, May 6, 2008

The remainder of the court's **Trial Preparation Conference Order** [#39], entered April 19, 2007, shall remain in full force and effect.

    Dated: February 8, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.